# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 15-cr-00411-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. TEASIA JANAE FOSTER,

     Defendant.

---

## MINUTE ORDER[1]

---

On April 19, 2016, the court conducted a telephonic setting conference to reset a status conference and hearing on the defendant's **Unopposed Motion To Continue Date for Jury Trial** [#29][2] filed February 23, 2016. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

    1. That on **May 4, 2016**, commencing at 11:00 a.m. (MDT), the court shall conduct a status conference and motion hearing on the defendant's **Unopposed Motion To Continue Date for Jury Trial**;

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

    Dated: April 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.